# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0778. FLORENCIO ALVAREZ v. THE STATE.

Following a jury trial, Florencio Alvarez was convicted of two counts of child molestation. The trial court thereafter denied Alvarez's motion for new trial, and he filed this direct appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an 'absolute requirement' to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019) (citation omitted). Here, the trial court entered its order denying Alvarez's new trial motion on November 16, 2021, but Alvarez did not file his notice of appeal until 31 days later, on December 17, 2021. Accordingly, we are without jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/02/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                          , *Clerk.*